IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD J. MURRAY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and FAY SERVICING LLP,<br><br>　　　　　　Defendants. | **8:21CV44**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulations of Dismissal with Prejudice (Filing Nos. 35 and 36). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with all parties to bear its own fees and costs.

Dated this 9th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge